**David E. ROLAND, Appellant,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Respondent.**

**No. ED 103137**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: March 15, 2016

Attorney For Appellant: David Edward Roland, 14779 Audrain Road 815, Mexico, Missouri 65265.

Attorney For Respondent: Rachel M. Jones, Missouri Department of Revenue,

1. Unless otherwise indicated, all further statutory references are to RSMo 2000 as amend-

P.O. Box 475, 301 W. High Street, Jefferson City, MO 65105–0475.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

*ORDER*

PER CURIAM

David E. Roland (Driver) appeals from the trial court's judgment upholding the decision of the Director of Revenue of the State of Missouri to deny Driver's application for a new Missouri license, pursuant to Section 544.046 RSMo 2000.[1] We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).